Honorable Barbara J. Rothstein

```
✓ FILED      ____ ENTERED
____ LODGED  ____ RECEIVED

      JUN 2 5 2002    KN
         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
                         DEPUTY
BY
```

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

C-1-01-755

| | |
|---|---|
| IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | C02-364 |
| This document relates to USDC for the Southern District of Ohio; Cause No. 01-755 | NO. MDL 1407 |
| LYNNE NILL, et al., | NOTICE OF APPEARANCE OF BRISTOL-MYERS SQUIBB COMPANY |
| Plaintiffs, | |
| vs. | |
| PERRIGO SALES CORP., et al., | **Clerk's Action Required** |
| Defendants. | |

Defendant Bristol-Myers Squibb Company appears through the attorneys named below. Please serve all future pleadings or papers in the above-entitled cause, exclusive of original process, upon said defendant by directing a copy to the undersigned.

- 1 -

ORIGINAL

CV 02-00364 #00000012

Betts
Patterson
Mines
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

DATED this 24th day of June, 2002.

BETTS, PATTERSON & MINES, P.S.

By _____
Christopher W. Tompkins, WSBA #11686
Attorneys for Defendant Bristol-Myers Squibb Company

Michael Tanenbaum
SEDGWICK, DETERT, MORAN & ARNOLD
One Gateway, 11th Floor
Newark, NJ 07102
Phone: 973-242-0002

NOTICE OF APPEARANCE OF BRISTOL-
MYERS SQUIBB COMPANY
PPA LITIGATION - MDL 1407                - 2 -

157777/062002 1623/64510013

Betts
Patterson
Mines
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On June 24, 2002 I caused to be served via U.S. Mail, postage prepaid, a copy of the within **NOTICE OF APPEARANCE** on defendants' liaison counsel as shown below:

D. Joseph Hurson
Lane Powell Spears Lubersky
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Douglas A. Hofmann
Williams Kastner Gibbs
601 Union Street, Suite 4100
P. O. Box 21926
Seattle, WA 98111-3926

Dated this 24th day of June, 2002, at Seattle, Washington.

Barbara J. Conger

NOTICE OF APPEARANCE OF BRISTOL-
MYERS SQUIBB COMPANY
PPA LITIGATION - MDL 1407                - 3 -

157777/062002 1623/64510013

Betts
Patterson
Mines
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988