THE HONORABLE BARBARA J. ROTHSTEIN

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 23 2003

C-1-01-755

MAY 14 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

cc: counsel: BJR

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION. | MDL Docket No. 1407 |
| This document relates to Lynne M. Nill, et ux. v. Perrigo Sales Corp., et al. Case No. ~~C02-064~~ (02-CV-364) | AGREED ORDER EXTENDING FACT DISCOVERY DEADLINE |

Plaintiffs, Lynne M. Nill and Dennis Nill, and defendants, Bristol-Myers Squibb Co. and Perrigo Sales Corp, by counsel stipulate and agree that the deadline for fact discovery shall be extended past April 25, 2003, for the limited purposes of conducting depositions of the following treating physicians: Jeffrey Jones, M.D., Chad Morgan, M.D., Michael Ward, M.D., and Ron A. Zile, M.D. As such, the court GRANTS a three (3) month discovery extension.

So ORDERED this 13th day of May, 2003.

Judge Barbara Rothstein
United States District Court,
Western District of Washington

220632.1 26439.2

CV 02 00364 #00000016

16

HAVE SEEN AND AGREE TO:

*Beverly H. Pace / DMS per authority*
Beverly H. Pace
Calvin S. Tregre, Jr.
LOPEZ HODES RESTAINO MILMAN SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
COUNSEL FOR PLAINTIFFS

*Denise M. Smith*
Denise M. Smith
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Tel:   (513) 762-6200
Fax:   (513) 762-6250
E-Mail: dsmith@ulmer.com
and
Craig A. Marvinney
ULMER & BERNE LLP
900 Penton Media Building
1300 East Ninth Street
Cleveland, Ohio 44114-1583
Tel:   (216) 621-8400
Fax:   (216) 621-7488
E-Mail: cmarvinney@ulmer.com
Counsel for Defendant, BRISTOL-MEYERS SQUIBB COMPANY

*James J. Montgomery / DMS per authority*
James J. Montgomery
Elaine K. Ziegler
MONTGOMERY RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202-4413
COUNSEL FOR DEFENDANT, L. PERRIGO COMPANY

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing was served this 22 day of April, 2003, via first-class U.S. Mail, postage prepaid, upon:

Beverly H. Pace, Esq.
Calvin S. Tregre, Jr., Esq.
LOPEZ HODES RESTAINO MILMAN SKIKOS &
POLOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
COUNSEL FOR PLAINTIFFS

James J. Montgomery, Esq.
Elaine K. Ziegler, Esq.
MONTGOMERY RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202-4413
COUNSEL FOR DEFENDANT, L. PERRIGO
COMPANY

**PPA COUNSEL:**

**Plaintiff's Liaison Counsel:**
Lance Palmer, Esq.
LEVINSON FRIEDMAN
720 3rd Avenue, Suite 1800
Seattle, WA 98104-1845

**Plaintiff's Lead Counsel:**
Arthur Sherman, Esq.
SHERMAN SALKOW PETOYAN
   & WEBER
11601 Wilshire Blvd, Suite 675
Los Angeles, CA 90025

Richard Lewis, Esq.
COHEN MILSTEIN HAUSFELD & TOLL
500 West Tower
1100 New York Ave NW
Washington, DC 20005-3934

**Defendant's Liaison Counsel:**
D. Joseph Hurson, Esq.
LANE POWELL SPEARS LUBERSKY
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Douglas Hofmann, Esq.
WILLIAMS KASTNER & GIBBS
P.O. Box 21926
Seattle, WA 98111-3926

**Defendant's Lead Counsel:**
Randolph Sherman, Esq.
KAYE SCHOLER FIERMAN HAYS
   & HANDLER
425 Park Avenue
New York, NY 10022

Terry Tottenham, Esq.
FULBRIGHT & JAWORSKI
600 Congress Avenue, Suite 2400
Austin, TX 78701

vb

United States District Court
for the
Western District of Washington
May 14, 2003


\* \* MAILING CERTIFICATE OF CLERK \* \*


Re:  2:02-cv-00364


True and correct copies of the attached were mailed by the clerk to the following:


Christopher W. Tompkins, Esq.
BETTS PATTERSON & MINES
STE 1400
701 PIKE ST
SEATTLE, WA  98101-3927
FAX 343-7053

Craig A Marvinney, Esq.
ULMER & BERNE
SUITE 900
1300 E NINTH STREET
CLEVELAND, OH  44114-1583
FAX 1-216-621-7488

Denise M Smith, Esq.
ULMER & BERNE
STE 2800
600 VINE STREET
CINCINNATI, OH  45202-2409
FAX 1-513-762-6250

James J Montgomery, Esq.
MONTGOMERY RENNIE & JONSON
2100 SOCIETY BANK CENTER
36 E SEVENTH STREET
CINCINNANTI, OH  45202
FAX 1-513-241-8775

Beverly Hayes Pace, Esq.
LOPEZ HODES RESTAINO MILMAN & SKIKOS
STE 2090
312 WALNUT ST
CINCINNATI, OH  45202
FAX 1-513-852-5611

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Nill,

    Plaintiff,

        vs.

Perrigo Sales Corp,

    Defendant.                                          Case No.  2:02-cv-00364

Document number 16 was scanned and saved on the court's file server.

By:
Deputy Clerk

DATE:   May 14, 2003