HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation | No. MDL 1407 |
| This document relates to *Lynne M. Nill, et. al. v. Perrigo Sales Corp., et al.* Case No. 02-CV-364 | AFFIRMATION OF CALVIN S. TREGRE, JR. REGARDING PRODUCT IDENTIFICATION |

I, Calvin S. Tregre, Jr., an attorney duly admitted to practice law in the State of Ohio affirm, upon information and belief, that the following statements are true under penalties of perjury:

1. I submit this Affirmation pursuant to Case Management Order No. 13.

2. Plaintiff Lynne Nill ingested Naldecon DX and Waltussin CF, which she alleges caused her to sustain personal injuries.

3. Plaintiff Lynne Nill asserts that defendant Bristol-Myers Squibb Co. is the manufacturer of the Naldecon DX and Perrigo Sales Corp. is the manufacturer of the Waltussin CF identified in paragraph 2.

Affirmed by: Calvin S. Tregre, Jr.

For: Beverly H. Pace
Calvin S. Tregre, Jr.
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
312 Walnut St., Suite 2090
Cincinnati, OH 45202
**Counsel for Plaintiffs**



02-CV-00364-NTC

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that the foregoing Affirmation was served this 12th day of June, 2003, via U.S. Mail delivery upon the following counsel of record:

Denise M. Smith
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409

Craig A. Marvinney
Ulmer & Berne LLP
900 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114-1583

**Counsel for Defendant, Bristol-Meyers Squibb Co.**

James J. Montgomery
Elaine K. Ziegler
Montgomery Rennie & Johnson
36 East Seventh Street, Suite 2100
Cincinnati, OH 45202-4413

**Counsel for Defendant, Perrigo Sales Corp.**

_Calvin S. Tregre_
Calvin S. Tregre, Jr.