THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL No. 1407 |
| This document relates to *Nill, et al. v. Perrigo Sales Corp., et al.* [Case No. 02-CV-364] | PETITION FOR SUGGESTION OF REMAND ORDER |

The below-signed counsel of record in the following case(s):

*Lynne Nill, et al. v. Perrigo Sales Corp., et al.* [Case No. 02-CV-364]

hereby certifies to the Court in good faith that the described case has completed case-specific fact discovery, and that all other generic fact and expert discovery as to each defendant is complete or time-barred, and otherwise is ripe for remand to its transferor court for further proceedings and disposition.

The below-signed counsel further certifies in good faith that the following information is accurate:

Case Caption: Lynne Nill, et al. v. Perrigo Sales Corp., et al.

Transferor Court: United States District Court, Southern District of Ohio

Date of Original Filing: October 31, 2001

Date Docketed in MDL 1407: March 1, 2002

Date of Alleged Injury: September 29, 2000

Specific Type of Injury Claimed: Hemorrhagic stroke

Identity of All Defendants: Perrigo Sales Corporation and Briston-Myers Squibb, Co.

Estimated Length of Trial: Four (4) weeks

DATED this 23rd day of December, 2003.

        Respectfully submitted,

        /s/Beverly H. Pace
        Janet G. Abaray (0002943)
        Beverly H. Pace (0037534)
        **LOPEZ, HODES, RESTAINO**
        **MILMAN, SKIKOS & POLOS**
        312 Walnut Street, Suite 2090
        Cincinnati, Ohio 45202
        (513) 852-5600
        (513) 852-5611(fax)

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2003, a true and correct copy of the foregoing was electronically filed with the Clerk and was served via electronic mail service through the Clerk via Email and/or via overnight delivery on the following:

| | |
|---|---|
| Lance Eugene Palmer, Esq.<br>LEVINSON FRIEDMAN, P.S.<br>Pacific Building<br>720 Third Avenue, Suite 1800<br>Seattle, WA 98104-1845<br><br>*PPA MDL Plaintiffs' Liaison Counsel*<br><br>Douglas A. Hofmann, Esq.<br>WILLIAMS, KASTNER & GIBBS PLLC<br>4100 Two Union Square<br>P.O. Box 21926<br>Seattle, WA 98101<br><br>D. Joseph Hurson, Esq.<br>LANE POWELL SPEARS LUBERSKY LLP<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338<br><br>*PPA MDL Defendants' Liaison Counsel* | James J. Montgomery, Esq.<br>Elaine K. Ziegler, Esq.<br>Montgomery Rennie & Johnson<br>36 East Seventh Street, Suite 2100<br>Cincinnati, OH 45202-4413<br><br>*Attorneys for Defendant, Perrigo Sales Corp.*<br><br>Denise M. Smith, Esq.<br>Ulmer & Berne LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202-2409<br><br>Craig A. Marvinney, Esq.<br>Ulmer & Berne LLP<br>900 Penton Media Building<br>1300 East Ninth Street<br>Cleveland, OH 44114-1583<br><br>**Attorneys for Defendant, Bristol-Meyers Squibb Co.** |

        /s/ Beverly H. Pace
        Beverly H. Pace, Esq.