UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCTS LIABILITY
LITIGATION,

MDL NO. 1407

MINUTE ORDER

This document relates to: all actions listed on
Attachment A to this Order

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

It has come to the Court's attention that the case *Billie Ray Jackson v. Bayer Corp., et al.* (03-cv-2104) was inaccurately deemed eligible for remand in the Court's January 30, 2004 Order Regarding the Eligibility of the First Round of Petitions for Remand. The *Jackson* case is ineligible for remand given the discovery that will be necessitated as a result of a consortium-based claim filed by plaintiff's spouse. *See Jackson v. Bayer Corp., et al.*, No. C03-2104R (Dkt. 11 at 3 n.1.)

DATED this 3 day of February, 2004.

BRUCE RIFKIN, Clerk

By: _____
Deputy Clerk

ORDER
PAGE – 1

## Attachment A

| | | |
|---|---|---|
| 02-cv-538 | – | Rhonda Bailey v. Schering-Plough Healthcare Products, Inc., et al. |
| 02-cv-22 | – | Karen Baranowski v. American Home Products |
| 02-cv-29 | – | Eleanor D. Beattie, et al. v. Novartis Consumer Health, Inc., et al. |
| 01-cv-2026 | – | Londell Bell v. Bayer Corp., et al. |
| 03-cv-2102 | – | Johnnie C. Bryant v. Novartis Pharm. Corp., et al. |
| 01-cv-2137 | – | Sharon Carter v. Bayer Corp. |
| 03-cv-2094 | – | Priscilla D. Chambers v. Chattem, Inc., et al. |
| 03-cv-2107 | – | Gregory L. Davis v. Bayer Corp., et al. |
| 03-cv-2096 | – | Janell Fields v. Novartis Pharm. Corp., et al. |
| 02-cv-373 | – | Lynette Fisk, et al. v. Novartis AG, et al. |
| 03-cv-1396 | – | Pam Fort v. Bayer Corp. |
| 02-cv-1863 | – | Daniel S. Goettsch v. Smithkline Beecham Consumer Healthcare, et al. |
| 01-cv-2227 | – | Nina Hastings, et al. v. Novartis Corp. |
| 03-cv-2104 | – | Billie Ray Jackson v. Bayer Corp., et al. |
| 02-cv-1272 | – | Gerald Jones, et al. v. Perrigo Co., et al. |
| 02-cv-371 | – | Paul A. Kelley, et al. v. Bayer Corp., et al. |
| 01-cv-1406 | – | Stacey Kerrigan, et al. v. Whitehall-Robins, et al. |
| 02-cv-1261 | – | Linda King-Corbin, et al. v. SmithKline Beecham Corp. |
| 02-cv-420 | – | Rose Lynn Kobar v. Novartis Corp., et al. |
| 02-cv-38 | – | Kathlyn Kopecky v. American Home Products |
| 03-cv-2097 | – | Brenda Lambert v. Bayer Corp., et al. |
| 02-cv-1020 | – | Stephanie Lambert, et al. v. Bayer Corp., et al. |
| 02-cv-21 | – | Ronald Lewis, et al. v. Glaxosmithkline PLC, et al. |
| 03-cv-2093 | – | Barbara Ann Lupo v. Novartis Pharm. Corp., et al. |
| 02-cv-918 | – | Bernadette Massey, et al. v. Sandoz Pharm. Corp., et al. |
| 01-cv-2167 | – | Lurline McKinney, et al. v. Bayer Corp., et al. |
| 03-cv-2111 | – | Curtis Morris v. Bayer Corp., et al. |

## Attachment A

| | | |
|---|---|---|
| 03-cv-1390 | – | Sandra Mustoe, et al. v. Bayer Corp., et al. |
| 02-cv-278 | – | Charles Newman, et al. v. American Home Products, et al. |
| 03-cv-2113 | – | Edna Mae Newton v. Bayer Corp., et al. |
| 02-cv-364 | – | Lynne Nill, et al. v. Perrigo Sales Corp., et al. |
| 01-cv-2098 | – | George Norwood, et al. v. Bayer Corp., et al. |
| 02-cv-1168 | – | Tracy Patton v. Novartis Consumer Health, Inc. |
| 01-cv-2164 | – | Elvira S. Quarrels, et al. v. Bayer Corp. |
| 03-cv-2100 | – | Rosa Richter v. Wyeth, et al. |
| 02-cv-372 | – | Lonnie Roberts v. SmithKline Beecham Corp., et al. |
| 02-cv-904 | – | Sharon Roberts-Weisner, et al. v. Whitehall-Robins Healthcare, et al. |
| 01-cv-2166 | – | Perry Robinson, et al. v. Bayer Corp., et al. |
| 01-cv-2172 | – | Dennis Romero, et al. v. Bayer Corp. |
| 02-cv-1532 | – | Maria Ronberg, et al. v. Perrigo, et al. |
| 01-cv-1654 | – | Pamela Silvey v. Smithkline Beecham Corp. |
| 01-cv-1655 | – | Kimberly Prather Strazis, et al. v. Bayer Corp., et al. |
| 01-cv-1656 | – | Bettye Lou Taylor, et al. v. Bayer Corp., et al. |
| 01-cv-2182 | – | John Tutwiler, et al. v. Novartis Consumer Health |
| 01-cv-2100 | – | Nathaniel Williams v. GlaxoSmithKline, PLC et al. |
| 01-cv-1405 | – | Alexander P. Ziolkowski v. Novartis Consumer Health, Inc., et al. |