**THE HONORABLE BARBARA J. ROTHSTEIN**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | | |
|---|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION. | : : : : | MDL Docket No. 1407 |
| This document relates to<br>Lynne M. Nill, et ux. v. Perrigo Sales Corp., et al. Case No. C02-0364 | : : : : : | NOTICE OF CHANGE OF TELEPHONE NUMBERS |

PLEASE TAKE NOTICE that effective immediately, the telephone numbers for the following counsel at Ulmer & Berne LLP, changed to:

**Denise M. Smith**
| | | | |
|---|---|---|---|
| Telephone: | (513) 698-5000 | Direct Dial: | (513) 698-5054 |
| Facsimile: | (513) 698-5968 | Direct Facsimile: | (513) 698-5055 |

**Craig A. Marvinney**
| | | | |
|---|---|---|---|
| Telephone: | (216) 931-6000 | Direct Dial: | (216) 931-6138 |
| Facsimile: | (216) 931-6001 | Direct Facsimile: | (216) 931-6139 |

Respectfully submitted,

/s/ Denise M. Smith
Denise M. Smith (0067604)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Tel:   (513) 698-5000
Fax:   (513) 698-5001
E-Mail: dsmith@ulmer.com

253824.1 26439.2

        Craig A. Marvinney (004951)
        ULMER & BERNE LLP
        900 Penton Media Building
        1300 East Ninth Street
        Cleveland, Ohio 44114-1583
        Tel:   (216) 931-6000
        Fax:  (216) 931-6001
        E-Mail: cmarvinney@ulmer.com
        Counsel for Defendant,
        BRISTOL-MEYERS SQUIBB COMPANY

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing Notice of Change of Telephone Numbers was electronically filed and served this 3rd day of February, 2004, via first-class U.S. Mail, postage prepaid, upon:

    Beverly H. Pace, Esq.
    LOPEZ HODES RESTAINO MILMAN SKIKOS & POLOS
    312 Walnut Street, Suite 2090
    Cincinnati, Ohio 45202
    COUNSEL FOR PLAINTIFFS

    James J. Montgomery, Esq.
    MONTGOMERY RENNIE & JONSON
    36 East Seventh Street, Suite 2100
    Cincinnati, Ohio 45202-4413
    COUNSEL FOR DEFENDANT, L. PERRIGO COMPANY

and upon counsel as listed on the attached Mailing List.

        /S/ Denise M. Smith
        Denise M. Smith

253824.1 26439.2       2