# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 13, 2004

Bruce Rifkin, Clerk
215 William Kenzo Nakamura
U.S Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130

MAY 17 2004
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

Re: MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule of Actions)

Dear Mr. Rifkin:

I am enclosing a certified copy and additional copies of a conditional remand order filed on April 27, 2004. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed fifteen (15) days to give any party opposing remand an opportunity to file such opposition. The fifteen-day period has now elapsed, no opposition has been received, and the order is being sent to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
    Deputy Clerk

Enclosures

cc:   Transferee Judge:    Judge Barbara Jacobs Rothstein
      Transferor Clerks:   David J. Maland, James R. Manspeaker, Jeffrey A. Apperson, Karen S. Mitchell,
                           Kenneth J. Murphy, Kevin F. Rowe, Lance S. Wilson, Laura A. Briggs,
                           Lawrence Talamo, Leslie G. Whitmer, Markus B. Zimmer, Michael N. Milby,
                           Richard H. Weare, Richard Sletten, Robert H. Shemwell, Tony Anastas

JPML Form 41

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 27 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1407

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 13 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCHEDULE FOR CONDITIONAL REMAND ORDER
DOCKET NO. 1407
IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 02-420 | AZ | 2 | 01-156 | Melissa Ann Kobar, etc. v. Novartis Corp., et al. |
| WAW | 2 | 03-1390 | CAN | 3 | 01-4181 | Sandra Mustoe v. Bayer Corp. |
| WAW | 2 | 02-904 | CO | 1 | 02-240 | Sharon K. Roberts-Weisner, et al. v. Whitehall-Robins Healthcare, et al. |
| WAW | 2 | 02-21 | CT | 3 | 01-2093 | Ronald B. Lewis, et al. v. GlaxoSmithKline, PLC, et al. |
| WAW | 2 | 02-1168 | INS | 4 | 02-47 | Tracy Patton v. Novartis Consumer Health, Inc. |
| WAW | 2 | 01-2137 | KYE | 2 | 01-199 | Sharon Ann Carter v. Bayer Corp. |
| WAW | 2 | 02-1272 | KYW | 1 | 01-182 | Gerald Jones, et al. v. Perrigo Co., et al. |
| WAW | 2 | 02-538 | KYW | 4 | 01-213 | Rhonda Bailey v. Schering-Plough Healthcare Products, Inc. |
| WAW | 2 | 02-29 | LAM | 3 | 01-1025 | Eleanor D. Beattie, et al. v. Novartis Consumer Health, Inc., et al. |
| WAW | 2 | 01-2164 | LAW | 3 | 01-2195 | James Quarrels, et al. v. Bayer Corp. |
| WAW | 2 | 01-2100 | LAW | 5 | 01-1981 | Nathaniel Williams v. GlaxoSmithKline, et al. |
| WAW | 2 | 01-2026 | LAW | 5 | 01-2018 | Londell Bell, Jr. v. Bayer Corp., et al. |
| WAW | 2 | 01-2166 | LAW | 5 | 01-2217 | Perry Robinson, et al. v. Bayer Corp., et al. |
| WAW | 2 | 01-2167 | LAW | 5 | 01-2219 | Lurline McKinney, et al. v. Bayer Corp., et al. |
| WAW | 2 | 02-1020 | LAW | 5 | 02-363 | Stephanie Lambert, et al. v. Bayer Corp. |
| WAW | 2 | 01-2172 | LAW | 6 | 01-2196 | Dennis Romero, et al. v. Bayer Corp. |
| WAW | 2 | 01-1405 | MA | 1 | 01-10324 | Alexander P. Ziolkowski, etc. v. Novartis Consumer Health, Inc., et al. |
| WAW | 2 | 01-1406 | MA | 1 | 01-10325 | Stacey Kerrigan, et al. v. Whitehall-Robins, et al. |
| WAW | 2 | 02-1863 | MN | 0 | 02-1268 | Daniel S. Goettsch v. SmithKline Beecham Consumer Healthcare, et al. |
| WAW | 2 | 03-2093 | MSS | 4 | 01-169 | Barbara A. Lupo v. Bayer Corp., et al. |
| WAW | 2 | 02-278 | NV | 2 | 01-1345 | Charles Newman, et al. v. American Home Products Corp., et al. |
| WAW | 2 | 01-1654 | OHS | 1 | 01-164 | Pamela S. Silvey, et al. v. Smithkline Beecham Corp. |
| WAW | 2 | 02-364 | OHS | 1 | 01-755 | Lynne M. Nill, et al. v. Perrigo Sales Corp. |
| WAW | 2 | 01-2182 | OHS | 3 | 01-447 | John Tutwiler, et al. v. Novartis Pharmaceuticals Corp. |
| WAW | 2 | 01-2227 | TXE | 4 | 01-338 | Nina W. Hastings, et al. v. Novartis AG, et al. |
| WAW | 2 | 01-1656 | TXN | 5 | 01-166 | Bettye Lou Taylor, et al. v. Bayer Corp., et al. |
| WAW | 2 | 02-918 | TXS | 4 | 01-3795 | Bernadette Massey, et al. v. Sandoz Pharmaceutical Corp., et al. |
| WAW | 2 | 02-373 | UT | 2 | 01-985 | Lynette Fisk, et al. v. Novartis AG, et al. |



A CERTIFIED TRUE COPY

MAY 13 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
LODGED
RECEIVED

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2004   APR 27 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT         FILED
WESTERN DISTRICT OF WASHINGTON   CLERK'S OFFICE
BY
        DEPUTY

### DOCKET NO. 1407

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 13 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE FOR CONDITIONAL REMAND ORDER
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 02-420 | AZ | 2 | 01-156 | *Melissa Ann Kobar, etc. v. Novartis Corp., et al.* |
| WAW | 2 | 03-1390 | CAN | 3 | 01-4181 | *Sandra Mustoe v. Bayer Corp.* |
| WAW | 2 | 02-904 | CO | 1 | 02-240 | *Sharon K. Roberts-Weisner, et al. v. Whitehall-Robins Healthcare, et al.* |
| WAW | 2 | 02-21 | CT | 3 | 01-2093 | *Ronald B. Lewis, et al. v. GlaxoSmithKline, PLC, et al.* |
| WAW | 2 | 02-1168 | INS | 4 | 02-47 | *Tracy Patton v. Novartis Consumer Health, Inc.* |
| WAW | 2 | 01-2137 | KYE | 2 | 01-199 | *Sharon Ann Carter v. Bayer Corp.* |
| WAW | 2 | 02-1272 | KYW | 1 | 01-182 | *Gerald Jones, et al. v. Perrigo Co., et al.* |
| WAW | 2 | 02-538 | KYW | 4 | 01-213 | *Rhonda Bailey v. Schering-Plough Healthcare Products, Inc.* |
| WAW | 2 | 02-29 | LAM | 3 | 01-1025 | *Eleanor D. Beattie, et al. v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 01-2164 | LAW | 3 | 01-2195 | *James Quarrels, et al. v. Bayer Corp.* |
| WAW | 2 | 01-2100 | LAW | 5 | 01-1981 | *Nathaniel Williams v. GlaxoSmithKline, et al.* |
| WAW | 2 | 01-2026 | LAW | 5 | 01-2018 | *Londell Bell, Jr. v. Bayer Corp., et al.* |
| WAW | 2 | 01-2166 | LAW | 5 | 01-2217 | *Perry Robinson, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 01-2167 | LAW | 5 | 01-2219 | *Lurline McKinney, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 02-1020 | LAW | 5 | 02-363 | *Stephanie Lambert, et al. v. Bayer Corp.* |
| WAW | 2 | 01-2172 | LAW | 6 | 01-2196 | *Dennis Romero, et al. v. Bayer Corp.* |
| WAW | 2 | 01-1405 | MA | 1 | 01-10324 | *Alexander P. Ziolkowski, etc. v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 01-1406 | MA | 1 | 01-10325 | *Stacey Kerrigan, et al. v. Whitehall-Robins, et al.* |
| WAW | 2 | 02-1863 | MN | 0 | 02-1268 | *Daniel S. Goettsch v. SmithKline Beecham Consumer Healthcare, et al.* |
| WAW | 2 | 03-2093 | MSS | 4 | 01-169 | *Barbara A. Lupo v. Bayer Corp., et al.* |
| WAW | 2 | 02-278 | NV | 2 | 01-1345 | *Charles Newman, et al. v. American Home Products Corp., et al.* |
| WAW | 2 | 01-1654 | OHS | 1 | 01-164 | *Pamela S. Silvey, et al. v. Smithkline Beecham Corp.* |
| WAW | 2 | 02-364 | OHS | 1 | 01-755 | *Lynne M. Nill, et al. v. Perrigo Sales Corp.* |
| WAW | 2 | 01-2182 | OHS | 3 | 01-447 | *John Tutwiler, et al. v. Novartis Pharmaceuticals Corp.* |
| WAW | 2 | 01-2227 | TXE | 4 | 01-338 | *Nina W. Hastings, et al. v. Novartis AG, et al.* |
| WAW | 2 | 01-1656 | TXN | 5 | 01-166 | *Bettye Lou Taylor, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 02-918 | TXS | 4 | 01-3795 | *Bernadette Massey, et al. v. Sandoz Pharmaceutical Corp., et al.* |
| WAW | 2 | 02-373 | UT | 2 | 01-985 | *Lynette Fisk, et al. v. Novartis AG, et al.* |