IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **LYNNE M. NILL,** | : | Case No. 1:01cv755 |
| | : | |
| **Plaintiff,** | : | **Judge Beckwith** |
| | : | **Magistrate Hogan** |
| vs. | : | |
| | : | |
| **PERRIGO SALES CORPORATION, et al.** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiffs hereby give notice of the appearance of Calvin S. Tregre, Jr. as counsel for the Plaintiffs in the above styled case.

Respectfully submitted,

**/s/ Calvin S. Tregre, Jr.**
Janet G. Abaray (0002943)
Beverly H. Pace (0037534)
Calvin S. Tregre, Jr. (0073454)
**LOPEZ, HODES, RESTAINO,
MILMAN & SKIKOS**
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
(513) 852-5600
(513) 852-5611(fax)
jabaray@lopez-hodes.com
bpace@lopez-hodes.com
ctregre@lopez-hodes.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2004, a true and correct copy of the foregoing was electronically filed with the Clerk and was served via electronic mail service through the Clerk via Email and/or via overnight delivery on the following:

Denise M. Smith, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409

Craig A. Marvinney, Esq.
ULMER & BERNE LLP
900 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114-1583

**Counsel for Defendant, Bristol-Meyers Squibb Co.**

James J. Montgomery, Esq.
Todd Haufpauer, Esq.
MONTGOMERY RENNIE & JOHNSON
36 East Seventh Street, Suite 2100
Cincinnati, OH 45202-4413

**Counsel for Defendant, Perrigo Sales Corp.**

　

　　　　　　　　　　　　　　　　　　　　**/s/ Calvin S. Tregre, Jr.**
　　　　　　　　　　　　　　　　　　　　Calvin S. Tregre, Jr.