J:\CRUMBA\FORMS\CALENDAR\2001\01-755.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lynne M. Nill,
    Plaintiff,

v.       Case No. 1:01cv755
    (Beckwith, J.; Hogan, M.J.)

**Perrigo Sales Corporation, et al.**,
    Defendants.

## CALENDAR ORDER

This calendar order shall proceed as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:
    Plaintiff identify primary experts: **September 15, 2004**
    Plaintiff produce primary reports: **September 15, 2004**
    Defendant rebuttal for identifying primary experts: **November 1, 2004**
    Defendant rebuttal for producing primary reports: **November 1, 2004**
    Contemporaneous Rebuttal: **January 1, 2004**

2. Notice of compliance with Rule 26: **January 19, 2004**

4. Discovery deadline: **February 21, 2005**

5. Dispositive motions deadline: **March 31, 2005**

6. Final pretrial conference: **July 2005***

7. Trial: **August 2005***


   7/12/2004                                                 s/Timothy S. Hogan
Date                                                    Timothy S. Hogan
bac    July 12, 2004                                  United States Magistrate Judge
*The specific dates will be assigned by the District Court.