

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUL 12  PH 3: 07

LYNNE M. NILL, et aL.       )

_____ )

                         **Plaintiff**     )     **CASE NO.:**   C-1-01 755 _____

                                     )

                   **v.**                  )     **Appearing on behalf of:**   Bristol-Myers Squibb Company

                                     )

PERRIGO SALES CORP., et al.       )     Defendant

_____ )

                        **Defendant**     )                    **(Plaintiff/Defendant)**

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* WENDY A. TUCKER _____, hereby requests permission to appear pro hac vice in the subject case filed in the WESTERN _____ Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of CALIFORNIA _____ and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates DENISE M. SMITH _____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This **24** day of _____ June _____, 20 **04** .

_Wendy Tucker_

_____

(Signature of *Petitioner*)

(213) 426-6900     SEDGWICK DETERT MORAN & ARNOLD

_____

**Business Telephone**     **Law Firm**

801 SOUTH FIGUEROA STREET - 18TH FLOOR

_____

**Business Address**

LOS ANGELES  CALIFORNIA  90017-5556

_____

**City, State, Zip**

(213) 426-6921

_____

**Fax Number**

### CONSENT OF DESIGNATED LOCAL COUNSEL

I,     **DENISE M. SMITH** _____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This _____12th_____ day of _____July_____, 20_04_.

_____0067604_____            _____Signature of Local Counsel_____
**Ohio Bar Number**               **Signature of Local Counsel**

_____(513) 698-5000_____     ULMER & BERNE LLP
**Business Telephone**            **(Law Firm)**

_____600 VINE STREET, SUITE 2800_____
**(Business Address)**

_____CINCINNATI, OH 45202_____
**(City, State, Zip)**

_____(SAME)_____
**(Mailing Address)**

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/defendant _____PLAINTIFFS_____
this date _____13th July 2004_____.

_____Signed by Local Counsel_____
**Signed by Local Counsel**

**THE**
**STATE BAR**
**OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

June 30, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WENDY ANNE
TUCKER was admitted to the practice of law in this state by the Supreme Court of
California on December 10, 1985; and has been since that date, and is at date hereof,
an ACTIVE member of the State Bar of California; and that no recommendation for
discipline for professional or other misconduct has ever been made by the Board of
Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Senior Administrative Supervisor

Mon Jul 12 14:54:10 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 423471
Cashier        kjl

Tender Type  CHECK

Check Number: 16800

Transaction Type  C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No      Acct
4661          1        6855XX

Amount              $   50.00

ULMER & BERNE LLP

PRO HAC VICE C-1-01-755

Mon Jul 12 14:54:10 2004

Check No. 16800
Amount $    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661