UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lynne M. Nill, et al.,
    Plaintiffs

v.   Case No.  1:01-cv-755

Perrigo Sales Corporation, et al.,
    Defendants

**ORDER**

This matter is before the Court on Defendant Bristol-Myers Squibb Company's Motion for Admission of attorney Wendy A. Tucker (Doc. 29).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Wendy A. Tucker is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant Bristol-Myers Squibb Company.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**

July 15, 2004                                  s/Sandra S. Beckwith
Date                                           Sandra S. Beckwith
                                               United States District Judge