# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

04 JUL 27 PM 3:45

| | | |
|---|---|---|
| LYNNE M. NILL, et aL. | ) | |
| Plaintiff | ) | CASE NO.: C-1-01 755 |
| | ) | |
| v. | ) | Appearing on behalf of: Bristol-Myers Squibb Company |
| PERRIGO SALES CORP., et al. | ) | Defendant |
| Defendant | ) | (Plaintiff/Defendant) |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* MICHAEL F. HEALY, hereby requests permission to appear pro hac vice in the subject case filed in the WESTERN Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of CALIFORNIA and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates DENISE M. SMITH as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This ____ day of ____, 20 04.

_____
(Signature of *Petitioner*)

(415) 781-7900    SEDGWICK DETERT MORAN & ARNOLD
**Business Telephone    Law Firm**

ONE EMBARCADERO CENTER - 16TH FLOOR
**Business Address**

SAN FRANCISCO  CA  94111-3628
**City, State, Zip**

(415) 781-2635
**Fax Number**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, DENISE M. SMITH, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This **27th** day of **July**, 20 **04**.

0067604
**Ohio Bar Number**          **Signature of Local Counsel**

(513) 698-5000       ULMER & BERNE LLP
**Business Telephone**   **(Law Firm)**

600 VINE STREET, SUITE 2800
**(Business Address)**

CINCINNATI, OH 45202
**(City, State, Zip)**

(SAME)
**(Mailing Address)**

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/defendant __PLAINTIFFS__ this date __7/27/04__.

**Signed by Local Counsel**

# Certificate of Good Standing

United States of District Court        )
                                       ) ss.
Northern District of California        )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Michael F. Healy, Bar No. 095098 was duly admitted to practice in said Court on December 16, 1980, and is in good standing as a member of the bar of said Court.



Dated at San Francisco on July 16, 2004

Richard W. Wieking
Clerk

```
Tue Jul 27 15:23:21 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 423623
Cashier       kjl

Tender Type  CHECK

Check Number: 16997

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount            $    50.00

ULMER & BERNE

PRO HAC VICE C-1-01-755
```

```
Tue Jul 27 15:23:21 2004

Check No. 16997
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```