UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lynne M. Nill, et al.,
    Plaintiffs

v.                                                 Case No. 1:01-cv-755

Perrigo Sales Corporation,
et al.,
    Defendants

**ORDER**

      This matter is before the Court on Defendant Bristol-Myers Squibb's Motion for Admission of attorney Michael E. Healy (Doc. 31).

      **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Michael E. Healy is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant Bristol-Myers Squibb.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Lisa Wright at 614.719.3222**, to register for Electronic Case Filing as soon as practicable.

July 29, 2004                                   s/Sandra S. Beckwith
Date                                               Sandra S. Beckwith
                                                  United States District Judge