UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LYNNE M. NILL, et al. | : | Case No. C-1-01-755 |
| Plaintiffs | : | Judge Beckwith |
| | | Magistrate Judge Hogan |
| vs. | : | |
| PERRIGO SALES CORPORATION, et al. | : | |
| Defendants | : | |

**CROSS-NOTICE OF THE DEPOSITION OF DARYL S. ANDELIN**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

PLEASE TAKE NOTICE that, in connection with *In re: Phenylpropanolamine (PPA) Products Liability Litigation*, MDL Docket No. 1407, defendants will take the deposition upon oral examination of Daryl S. Andelin, RIC International, Inc., Thursday, October 28, 2004, at the offices of Kirkpatrick & Lockhart, LLP, 75 State Street, Boston, Massachusetts 02109, (617) 261-3100, beginning at 2:00 p.m., and continuing until completed.

The deposition will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and the MDL Case Management Orders and will be stenographically recorded by the

court reporting firm of Leavitt Reporting Service, 1207 Commercial Street, Rear, Weymouth,

Massachusetts 02189.

     You are at liberty to appear and examine the witness.

Respectfully submitted,

/s/ G. Todd Hoffpauir
G. TODD HOFFPAUIR (0064449)
MONTGOMERY, RENNIE & JONSON
*Attorney for Defendant Perrigo Sales Corporation*
36 East Seventh Street, Suite 2100
Cincinnati, Ohio  45202
Tel:   (513) 768-5215 – direct
Fax:   (513) 241-8775
thoffpauir@mrj.cc

<u>CERTIFICATE OF SERVICE</u>

     I served a copy of the foregoing by the Court's Electronic System and by First-Class U.S. Mail, postage prepaid, upon the following on this 12th day of October, 2004:

Calvin S. Tregre, Jr.
Lopez Hodes Restaino Milman Skikos
 & Polos
312 Walnut Street, Suite 2090
Cincinnati, Ohio  45202

Denise M. Smith
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202

Craig A. Marvinney
Ulmer & Berne LLP
Penton Media Building, Suite 900
1300 East Ninth Street
Cleveland, Ohio 44114

/s/ G. Todd Hoffpauir
G. TODD HOFFPAUIR