THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, | MDL No. 1407 |
| This document relates to all actions | NOTICE OF TAKING DEPOSITION DUCES TECUM OF DARYL S. ANDELIN |

PLEASE TAKE NOTICE that Novartis Consumer Health, Inc. will take the deposition upon oral examination of Daryl S. Andelin, RIC International, Inc., 432 Columbia Road, Cambridge, Massachusetts 02141 on Thursday, October 28, 2004, at the offices of Kirkpatrick & Lockhart, LLP, 75 State Street, Boston, Massachusetts 02109, (617) 261-3100, beginning at 2:00 p.m. and continuing until completed.

The deposition will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and Case Management Order No. 1 and will be stenographically recorded by the court reporting firm of Leavitt Reporting Service, 1207 Commercial Street, Rear, Weymouth, MA 02189.

NOTICE OF TAKING DEPOSITION DUCES
TECUM OF DARYL S. ANDELIN - 1
Case No. MDL 1407
019186.0033/995179.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

RESPECTFULLY SUBMITTED this _8_ day of October, 2004.

                LANE POWELL SPEARS LUBERSKY LLP

By _D. Joseph Hurson_
D. Joseph Hurson, WSBA No. 09296
Counsel for Novartis Consumer Health, Inc.; Co-Liaison Counsel for MDL Manufacturing Defendants

NOTICE OF TAKING DEPOSITION DUCES TECUM OF DARYL S. ANDELIN - 2
Case No. MDL 1407
019186.0033/995179.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

## CERTIFICATE OF SERVICE

I, Heidi Carchano, hereby certify and declare under penalty of perjury as follows:

On the 8th day of October, 2004, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system. In accordance with the Court's ECF registration agreement and the Court's rules, the Clerk will send e-mail notification of such filing to the CM/ECF participants in this matter.

I further certify and declare that Lane Powell Spears Lubersky LLP caused the aforementioned documents to be served upon the following:

<u>Via Hand Delivery</u>
Lance Palmer
LEVINSON FRIEDMAN
720 Third Ave, Suite 1800
Seattle, WA 98104

<u>Via Electronic Mail</u>
Arthur Sherman
SHERMAN SALKOW PETOYAN & WEBER

Richard S. Lewis
COHEN MILSTEIN HAUSFELD & TOLL

H. Bissell Carey III
ROBINSON & COLE

David L. Suggs
LOPEZ HODES RESTAINO MILMAN & SKIKOS

All Defense Counsel

Signed and dated this 8th day of October 2004, in Seattle, Washington.

*Heidi Carchano* (signature)
Heidi Carchano

NOTICE OF TAKING DEPOSITION DUCES
TECUM OF DARYL S. ANDELIN - 3
Case No. MDL 1407
019186.0033/995179.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000