THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation<br><br>This document relates to all actions | No. MDL 1407<br><br>**NOTICE OF TAKING DEPOSITION DUCES TECUM OF RIC INTERNATIONAL, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)** |

PLEASE TAKE NOTICE that Novartis Consumer Health, Inc. will take the deposition upon oral examination of RIC International, Inc., by the person or persons designated to testify on its behalf, about the matters described in the attached Schedule A, on Thursday, October 28, 2004, at the offices of Kirkpatrick & Lockhart, LLP, 75 State Street, Boston, Massachusetts 02109, (617) 261-3100, beginning at 9:00 a.m. and continuing until completed.

The deposition will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and Case Management Order No. 1 and will be stenographically recorded by


EXHIBIT 1

NOTICE OF TAKING DEPOSITION DUCES TECUM
OF RIC INTERNATIONAL, INC. - 1
Case No. MDL 1407
019186.0033/1142999.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1 the court reporting firm of Leavitt Reporting Service, 1207 Commercial Street, Rear, Weymouth, MA 02189.

RESPECTFULLY SUBMITTED this _8_ day of October, 2004.

LANE POWELL SPEARS LUBERSKY LLP

By _D. Joseph Hur___
D. Joseph Hurson, WSBA No. 09296
Counsel for Novartis Consumer Health, Inc.;
Co-Liaison Counsel for MDL Manufacturing Defendants

NOTICE OF TAKING DEPOSITION DUCES TECUM
OF RIC INTERNATIONAL, INC. - 2
Case No. MDL 1407
019186.0033/1142999.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

## CERTIFICATE OF SERVICE

I, Heidi Carchano, hereby certify and declare under penalty of perjury as follows:

On the 8th day of October, 2004, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system. In accordance with the Court's ECF registration agreement and the Court's rules, the Clerk will send e-mail notification of such filing to the CM/ECF participants in this matter.

I further certify and declare that Lane Powell Spears Lubersky LLP caused the aforementioned documents to be served upon the following:

<u>Via Hand Delivery</u>
Lance Palmer
LEVINSON FRIEDMAN
720 Third Ave, Suite 1800
Seattle, WA 98104

<u>Via Electronic Mail</u>
Arthur Sherman
SHERMAN SALKOW PETOYAN & WEBER

Richard S. Lewis
COHEN MILSTEIN HAUSFELD & TOLL

H. Bissell Carey III
ROBINSON & COLE

David L. Suggs
LOPEZ HODES RESTAINO MILMAN & SKIKOS

All Defense Counsel

Signed and dated this 8th day of October 2004, in Seattle, Washington.

*Heidi Carchano*
Heidi Carchano

NOTICE OF TAKING DEPOSITION DUCES TECUM
OF RIC INTERNATIONAL, INC. - 6
Case No. MDL 1407
019186.0033/1142999.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

## SCHEDULE A

### Definitions

The term "documents" is used in its broadest sense, and includes, without limitation, written material of whatever kind or nature, whether typed, printed, handwritten or otherwise produced including, without limitation, letters, memoranda, notes, contracts, bills, invoices, spreadsheets, photographs, calendars, photostats, photocopies, data, audio or video recordings, and electronic data compilations, including computerized files, computer disks, hard drives, database records, "voice mail" or "phone mail" recordings, and "electronic mail" or "e-mail" messages, however stored, as well as drafts, revisions, and redline versions or iterations, whether paper or electronic. Spreadsheets and any other documents that contain formulas and/or calculations are to be produced in readable electronic format and in such a way that the formulas and/or calculations may be reviewed.

The word "communication" when used herein shall mean any and all communications of any kind, including, without limitation, any and all conversations, discussions, inquiries, correspondence, notes (handwritten or otherwise), message slips, logs, e-mail (or other similar electronic transmission or communication), or such other transmittal of information, whether written, oral, or by any other means. The word "communication" also means internal communications.

The words "concerning," "concerns," "concern," or "concerned" shall mean relating to, referring to, regarding, describing, supporting, tending to contradict, evidencing or constituting.

The term "you," "your," and "yours" shall mean RIC International, Inc., a business entity, and any partner, officer, director, employee, representative, attorney, agent, parent,

NOTICE OF TAKING DEPOSITION DUCES TECUM
OF RIC INTERNATIONAL, INC. - 3
Case No. MDL 1407
019186.0033/1142999.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

accountant, subsidiary, affiliate, other predecessor-in-interest, or other person or entity acting on behalf of "RIC International, Inc."

The term "Korean Study" refers to the paper translated as "A case-control study to investigate the association between the use of combination drugs containing Phenylpropanolamine (PPA) and the risk of hemorrhagic stroke."

Further, the "documents" requested herein extend to and include any and all such materials within the possession, custody, or control of the experts, agents, attorneys, or representatives, regardless of where located.

## Matters for Testimony

RIC International, Inc. shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, to testify on the following topics:

1. RIC International, Inc.'s translation of the Korean Study;

2. Communications concerning the Korean Study, including but not limited to any instructions concerning translating the Korean Study into English and any comments on drafts of the Korean Study translation;

3. The relationship between RIC International, Inc. and the party for whom you provided the translation of the Korean Study; and

4. The Certification of Translation Accuracy dated September 1, 2004, executed by RIC International, Inc. for the Korean Study.

## Documents or Objects

You are to produce the materials in your possession, custody, or control listed below:

1. All complete or partial drafts of the Korean Study;

2. All communications, documents, notes or other internal communications regarding the Korean study or its translation into English reflecting communications concerning the Korean Study, including but not limited to any instructions, dictionaries, medical texts, articles or other materials

NOTICE OF TAKING DEPOSITION DUCES TECUM
OF RIC INTERNATIONAL, INC. - 4
Case No. MDL 1407
019186.0033/1142999.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

    RIC International, Inc. consulted to translate the Korean Study into English and any comments on drafts of the Korean Study translation;

3. All contracts, work orders, invoices, bills, and any other documentation of the relationship between you and the party for whom you provided the Korean Study translation;

4. All time sheets or other documents reflecting the time that was spent translating the Korean Study;

5. All documents concerning any payment you received or are expected to receive for translating the Korean Study;

6. Current curriculum vitae of all translators, editors, translation managers, and all other persons that participated in translating the Korean Study; and

7. To the extent not already requested, all documents concerning RIC International, Inc.'s translation of the Korean study.

NOTICE OF TAKING DEPOSITION DUCES TECUM
OF RIC INTERNATIONAL, INC. - 5
Case No. MDL 1407
019186.0033/1142999.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000