UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION
AT CINCINNATI

| | |
|---|---|
| LYNNE M. NILL, et ux., | |
| Plaintiffs, | Case No. C-1-01-755 |
| | [Beckwith, J.; Hogan, M.J.] |
| vs. | CROSS-NOTICE OF DEPOSITION OF |
| PERRIGO SALES CORPORATION, et al., | DARYL S. ANDELIN |
| Defendants. | |

PLEASE TAKE NOTICE that defendants in the coordinated PPA litigation, *In Re: Phenylpropanolamine (PPA) Products Liability Litigation*, MDL Docket No. 1407, will take the deposition upon oral examination of Daryl S. Andelin, about the matters described in the MDL deposition notice attached as Exhibit 1, on Thursday, October 28, 2004, commencing at 2:00 p.m., and continuing until completed. Said deposition will take place at the offices of KIRKPATRICK & LOCKHART, LLP, 75 State Street, Boston, Massachusetts 02109, (617) 261-3100.

The deposition will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and the MDL Case Management Orders, and will be stenographically recorded by the court reporting firm of Leavitt Reporting Service, 1207 Commercial Street, Rear, Weymouth, Massachusetts

286536.1 26439.2

02189. Bristol-Myers Squibb Company reserves the right to videotape the examiner during the examination of the witness. You are at liberty to appear and examine the witness.

                        Respectfully submitted,

/s/ Denise M. Smith
Denise M. Smith (0067604)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Tel:   (513) 698-5000
Fax:  (513) 698-5968
E-Mail: dsmith@ulmer.com

Craig A. Marvinney (004951)
ULMER & BERNE LLP
900 Penton Media Building
1300 East Ninth Street
Cleveland, Ohio 44114-1583
Tel:   (216) 931-6000
Fax:  (216) 931-6001
cmarvinney@ulmer.com
Counsel for Defendant,
BRISTOL-MEYERS SQUIBB COMPANY

OF COUNSEL:
Wendy A. Tucker, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD
801 South Figueroa Street – 18th Floor
Los Angeles, CA 90017-5556
Tel:   (213) 426-6900 (Main)
Fax:  (213) 426-6921
E-mail: wendy.tucker@sdma.com

Michael F. Healy, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD
One Embarcadero Center – 16th Floor
San Francisco, CA 94111-3628
Tel:   (415) 781-7900
Fax:  (415) 781-2635
E-mail: Michael.healy@sdma.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Cross-Notice of Deposition of Daryl S. Andelin was served this 14th day of October, 2004, via the Court's electronic filing system and by first-class U.S. Mail, postage prepaid, upon the addressees on the attached Mailing List and:

Beverly H. Pace, Esq.
Calvin S. Tregre, Jr., Esq.
LOPEZ HODES RESTAINO MILMAN SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
COUNSEL FOR PLAINTIFFS

James J. Montgomery, Esq.
G. Todd Hoffpauir, Esq.
MONTGOMERY RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202-4413
COUNSEL FOR DEFENDANT L. PERRIGO COMPANY

/s/ Denise M. Smith

## MAILING LIST
## MDL 1407 LEAD & LIAISON COUNSEL

| | |
|---|---|
| Phillip Bohrer, Esq.<br>BOHRER LAW FIRM LLC<br>8712 Jefferson Highway, Suite B<br>Baton Rouge, LA  70809 | Douglas A. Hofmann, Esq.<br>WILLIAMS KASTNER & GIBBS PLLC<br>4100 Two Union Square<br>P. O. Box 21926<br>Seattle, WA  98111-3926 |
| Arthur Sherman, Esq.<br>SHERMAN SALKOW PETOYAN & WEBER<br>11601 Wilshire Boulevard, Suite 675<br>Los Angeles, CA  90025 | Randolph S. Sherman, Esq.<br>KAYE SCHOLER FIERMAN HAYS<br>    & HANDLER<br>425 Park Avenue<br>New York, NY  10022 |
| Lance Eugene Palmer, Esq.<br>LEVINSON FRIEDMAN<br>720 Third Avenue, Suite 1800<br>Seattle, WA  98101 | Terry O. Tottenham, Esq.<br>FULBRIGHT & JAWORSKI<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| Richard Lewis, Esq.<br>COHEN MILSTEIN HAUSFELD & TOLL<br>500 West Tower<br>1100 New York Avenue, N.W.<br>Washington, DC  20005-3934 | Gordon J. McKernan, Esq.<br>MCKERNAN LAW FIRM<br>8710 Jefferson Highway<br>Baton Rouge, LA  70809 |
| D Joseph Hurson Esq.<br>LANE POWELL SPEARS & LUBERSKY LLP<br>1420 Fifth Avenue  Suite 4100<br>Seattle, WA  98101 | J. Chandler Loupe, Esq.<br>CLAITOR & LOUPE<br>2223 Quail Run Drive, Suite G<br>Baton Rouge, LA  708080 |