UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LYNNE M. NILL, et al. : Case No. C-1-01-755

      Plaintiffs : Judge Beckwith
                                            Magistrate Judge Hogan
vs. :

PERRIGO SALES CORPORATION, et al. :

      Defendants :

**AMENDED CROSS-NOTICE OF THE DEPOSITION OF RIC INTERNATIONAL, INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

PLEASE TAKE NOTICE that, in connection with *In re: Phenylpropanolamine (PPA) Products Liability Litigation*, MDL Docket No. 1407, defendants will take the deposition upon oral examination of RIC International, Inc., by the person or persons designated to testify on its behalf, about the matters described in the attached PPA MDL 1407 deposition notice and the accompanying Schedule A, on Wednesday, November 24, 2004, at the offices of Kirkpatrick & Lockhart, LLP, 75 State Street, Boston, Massachusetts 02109, (617) 261-3100, beginning at 10:00 a.m., and continuing until completed. RIC International, Inc. has identified Leonid Fridman as the 30(b)(6) deponent.

The deposition will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and the PPA MDL 1407 Case Management Orders and will be stenographically recorded by the court reporting firm of Tate & Tate.

The call-in information is as follows: 1-800-882-3610, passcode: 6973918.

You are at liberty to appear and examine the witness.

          Respectfully submitted,

          /s/ G. Todd Hoffpauir
          G. TODD HOFFPAUIR (0064449)
          MONTGOMERY, RENNIE & JONSON
          *Attorney for Defendant Perrigo Sales Corporation*
          36 East Seventh Street, Suite 2100
          Cincinnati, Ohio 45202
          Tel: (513) 768-5215 – direct
          Fax: (513) 241-8775
          thoffpauir@mrj.cc

## CERTIFICATE OF SERVICE

I served a copy of the foregoing by the Court's Electronic System and by First-Class U.S. Mail, postage prepaid, upon the following on this 11th day of November, 2004:

Calvin S. Tregre, Jr.
Lopez Hodes Restaino Milman Skikos & Polos
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202

Denise M. Smith
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202

Craig A. Marvinney
Ulmer & Berne LLP
Penton Media Building, Suite 900
1300 East Ninth Street
Cleveland, Ohio 44114

          /s/ G. Todd Hoffpauir
          G. TODD HOFFPAUIR