UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION
AT CINCINNATI

| | |
|---|---|
| LYNNE M. NILL, et ux., : | |
| : | Case No. C-1-01-755 |
| Plaintiffs, : | |
| : | [Beckwith, J.; Hogan, M.J.] |
| : | |
| vs. : | AMENDED CROSS-NOTICE OF |
| : | DEPOSITION *DUCES TECUM* OF |
| PERRIGO SALES CORPORATION, : | RIC INTERNATIONAL, INC. |
| et al., : | |
| : | |
| Defendants. : | |

PLEASE TAKE NOTICE that defendants in the coordinated PPA litigation, *In Re: Phenylpropanolamine (PPA) Products Liability Litigation*, MDL Docket No. 1407, will take the deposition upon oral examination of RIC International, Inc., by the person or persons designated on its behalf, about the matters described in the MDL deposition notice attached as Exhibit 1 and its accompanying request for production of documents, attached thereto as Schedule A, on Wednesday, November 24, 2004, commencing at 10:00 a.m., and continuing until completed. RIC International, Inc., has identified Leonid Fridman as the 30(b)(6) deponent. Said deposition will take place at the offices of KIRKPATRICK & LOCKHART, LLP, 75 State Street, Boston, Massachusetts 02109, (617) 261-3100.

The deposition will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and the PPA MDL 1407 Case Management Orders, and will be stenographically recorded by the court reporting firm of Tate & Tate.

290310.1 26439.2

The call-in information is as follows: 1-800-882-3610, passcode: 6973918.

Bristol-Myers Squibb Company reserves the right to videotape the examiner during the examination of the witness. You are at liberty to appear and examine the witness.

>Respectfully submitted,
>
>/s/ Denise M. Smith
>Denise M. Smith (0067604)
>ULMER & BERNE LLP
>600 Vine Street, Suite 2800
>Cincinnati, Ohio 45202-2409
>Tel:   (513) 698-5000
>Fax:   (513) 698-5968
>E-Mail: dsmith@ulmer.com
>
>Craig A. Marvinney (004951)
>ULMER & BERNE LLP
>900 Penton Media Building
>1300 East Ninth Street
>Cleveland, Ohio 44114-1583
>Tel:   (216) 931-6000
>Fax:   (216) 931-6001
>cmarvinney@ulmer.com
>Counsel for Defendant,
>BRISTOL-MEYERS SQUIBB COMPANY

OF COUNSEL:
Wendy A. Tucker, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD
801 South Figueroa Street – 18th Floor
Los Angeles, CA 90017-5556
Tel:   (213) 426-6900 (Main)
Fax:   (213) 426-6921
E-mail: wendy.tucker@sdma.com

Michael F. Healy, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD
One Embarcadero Center – 16th Floor
San Francisco, CA 94111-3628
Tel:   (415) 781-7900
Fax:   (415) 781-2635
E-mail: Michael.healy@sdma.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Amended Cross-Notice of Deposition of RIC International, Inc., was served this 11th day of November, 2004, via the Court's electronic filing system and by first-class U.S. Mail, postage prepaid, upon the addressees on the attached Mailing List and:

Beverly H. Pace, Esq.
Calvin S. Tregre, Jr., Esq.
LOPEZ HODES RESTAINO MILMAN SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
COUNSEL FOR PLAINTIFFS

James J. Montgomery, Esq.
G. Todd Hoffpauir, Esq.
MONTGOMERY RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202-4413
COUNSEL FOR DEFENDANT L. PERRIGO COMPANY



/s/ Denise M. Smith

## MAILING LIST
## MDL 1407 LEAD & LIAISON COUNSEL

| | |
|---|---|
| Phillip Bohrer, Esq.<br>BOHRER LAW FIRM LLC<br>8712 Jefferson Highway, Suite B<br>Baton Rouge, LA 70809 | Douglas A. Hofmann, Esq.<br>WILLIAMS KASTNER & GIBBS PLLC<br>4100 Two Union Square<br>P. O. Box 21926<br>Seattle, WA 98111-3926 |
| Arthur Sherman, Esq.<br>SHERMAN SALKOW PETOYAN & WEBER<br>11601 Wilshire Boulevard, Suite 675<br>Los Angeles, CA 90025 | Randolph S. Sherman, Esq.<br>KAYE SCHOLER FIERMAN HAYS<br>   & HANDLER<br>425 Park Avenue<br>New York, NY 10022 |
| Lance Eugene Palmer, Esq.<br>LEVINSON FRIEDMAN<br>720 Third Avenue, Suite 1800<br>Seattle, WA 98101 | Terry O. Tottenham, Esq.<br>FULBRIGHT & JAWORSKI<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701 |
| Richard Lewis, Esq.<br>COHEN MILSTEIN HAUSFELD & TOLL<br>500 West Tower<br>1100 New York Avenue, N.W.<br>Washington, DC 20005-3934 | Gordon J. McKernan, Esq.<br>MCKERNAN LAW FIRM<br>8710 Jefferson Highway<br>Baton Rouge, LA 70809 |
| D Joseph Hurson Esq.<br>LANE POWELL SPEARS & LUBERSKY LLP<br>1420 Fifth Avenue Suite 4100<br>Seattle, WA 98101 | J. Chandler Loupe, Esq.<br>CLAITOR & LOUPE<br>2223 Quail Run Drive, Suite G<br>Baton Rouge, LA 708080 |