UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION
AT CINCINNATI

| | |
|---|---|
| LYNNE M. NILL, et ux., : | |
| : | Case No. C-1-01-755 |
| Plaintiffs, : | |
| : | [Beckwith, J.; Hogan, M.J.] |
| : | |
| vs. : | NOTICE OF DEPOSITION *DUCES* |
| : | *TECUM* OF DANIEL WOO, M.D. |
| PERRIGO SALES CORPORATION, : | |
| et al., : | |
| : | |
| Defendants. : | |

PLEASE TAKE NOTICE that defendant, Bristol-Myers Squibb Company, will take the deposition *duces tecum* upon oral examination of Daniel Woo, M.D., at the office of LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS, 312 Walnut Street, Suite 2090, Cincinnati, Ohio 45202, tel: (513) 852-5600, on Thursday, December 16, 2004, commencing at 9:00 a.m., and continuing thereafter until completed.

The deponent shall produce documents listed on Exhibit "A" attached hereto no later than December 13, 2004, to Denise M. Smith, Esq., ULMER & BERNE LLP, 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202.

290671.1 26439.2

The deposition will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure, and will be stenographically recorded by Tammy G. Bates, CVR-CM. You are at liberty to appear and examine the witness.

Respectfully submitted,

/s/ Denise M. Smith
Denise M. Smith (0067604)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Tel:   (513) 698-5000
Fax:   (513) 698-5968
E-Mail: dsmith@ulmer.com

Craig A. Marvinney (0004951)
ULMER & BERNE LLP
900 Penton Media Building
1300 East Ninth Street
Cleveland, Ohio 44114-1583
Tel:   (216) 931-6000
Fax:   (216) 931-6001
cmarvinney@ulmer.com
Counsel for Defendant,
BRISTOL-MEYERS SQUIBB COMPANY

OF COUNSEL:
Wendy A. Tucker
SEDGWICK, DETERT, MORAN & ARNOLD
801 South Figueroa Street – 18th Floor
Los Angeles, CA  90017-5556
Tel:   (213) 426-6900 (Main)
Fax:   (213) 426-6921
E-mail: wendy.tucker@sdma.com

Michael F. Healy
SEDGWICK, DETERT, MORAN & ARNOLD
One Embarcadero Center – 16th Floor
San Francisco, CA  94111-3628
Tel:   (415) 781-7900
Fax:   (415) 781-2635
E-mail: Michael.healy@sdma.com

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that the foregoing Notice of Deposition *Duces Tecum* of Daniel Woo, M.D., was served this 29th day of November, 2004, via the Court's electronic filing system, first-class U.S. Mail, postage prepaid, and/or facsimile upon:

Beverly H. Pace, Esq.
Calvin S. Tregre, Jr., Esq.
LOPEZ HODES RESTAINO MILMAN SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
COUNSEL FOR PLAINTIFFS

James J. Montgomery, Esq.
G. Todd Hoffpauir, Esq.
MONTGOMERY RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202-4413
COUNSEL FOR DEFENDANT L. PERRIGO COMPANY

                                      /s/ Denise M. Smith