UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION
AT CINCINNATI

| | |
|---|---|
| **LYNNE M. NILL, et ux.,** : | |
| : | Case No. C-1-01-755 |
| **Plaintiffs,** : | |
| : | [Beckwith, J.; Hogan, M.J.] |
| : | |
| vs. : | **JOINT MOTION FOR EXTENSION** |
| : | **OF REBUTTAL EXPERT** |
| **PERRIGO SALES CORPORATION,** : | **DISCLOSURE DEADLINE** |
| **et al.,** : | |
| : | |
| **Defendants.** : | |

Plaintiffs, Lynne Nill and Dennis Nill, and defendants, Bristol-Myers Squibb Company and Perrigo Sales Corporation, move the Court for an order extending the deadline for contemporaneous disclosure of rebuttal expert witnesses. In support of this motion, the parties state as follows:

On July 12, 2004, Magistrate Judge Hogan entered a Calendar Order in the above-captioned case setting forth various deadlines, including the deadline for the parties to make a contemporaneous disclosure of rebuttal expert witnesses. The deadline for that disclosure is January 1, 2005.[1]

The parties currently are in active settlement negotiations. As a result, they previously agreed to postpone the deposition of plaintiffs' case-specific expert witness, Dr. Woo. Given the nature of the settlement negotiations, the parties wish to postpone the deadline for submitting contemporaneous rebuttal expert witness disclosures until a date after Dr. Woo's deposition.

---

[1] The Calendar Order actually indicates the date of the disclosure of rebuttal experts is January 1, 2004, which is an error. Given that January 1, 2005, is a Saturday, the actual date of disclosure is January 3, 2005.

295375.1 26439.2

Specifically, the parties are in agreement that the disclosure deadline should be postponed until one week following the date of the completion of Dr. Woo's deposition. It is the parties' intention immediately to take Dr. Woo's deposition if settlement negotiations are not successful.

Based upon the foregoing, the parties request that the Court grant their joint motion and rule that the deadline for contemporaneous disclosure of rebuttal expert witnesses shall be one week following the completion of Dr. Woo's deposition.

        Respectfully submitted,

        /s/ Calvin S. Tregre, Jr.
        Janet G. Abaray (0002943)
        Beverly H. Pace (0037534)
        Calvin S. Tregre, Jr. ((0073454)
        LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
        312 Walnut Street, Suite 2090
        Cincinnati, Ohio 45202
        (513) 852-5600
        fax (513) 852-5611
        jabaray@lopez-hodes.com
        bpace@lopez-hodes.com
        ctregre@lopez-hodes.com
        Counsel for PLAINTIFFS

        /s/ Denise M. Smith
        Denise M. Smith (0067604)
        ULMER & BERNE LLP
        600 Vine Street, Suite 2800
        Cincinnati, Ohio 45202-2409
        (513) 698-5000
        fax (513) 698-5968
        dsmith@ulmer.com

        Craig A. Marvinney (0004951)
        ULMER & BERNE LLP
        900 Penton Media Building
        1300 East Ninth Street
        Cleveland, Ohio 44114-1583
        (216) 931-6000
        fax (216) 931-6001
        cmarvinney@ulmer.com
        Counsel for Defendant,
        BRISTOL-MEYERS SQUIBB COMPANY

OF COUNSEL:
Wendy A. Tucker
SEDGWICK, DETERT, MORAN & ARNOLD
801 South Figueroa Street – 18th Floor
Los Angeles, CA 90017-5556
(213) 426-6900 (Main)
fax (213) 426-6921
wendy.tucker@sdma.com

Michael F. Healy
SEDGWICK, DETERT, MORAN & ARNOLD
One Embarcadero Center – 16th Floor
San Francisco, CA 94111-3628
(415) 781-7900
fax (415) 781-2635
michael.healy@sdma.com

/s/ Todd G. Hoffpauir
James Montgomery (0018656)
Todd G. Hoffpauir (0064449)
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
(513) 768-5215
fax (513) 241-8775
jmontgomery@mrj.cc
thoffpauir@mrj.cc
Counsel for Defendant,
PERRIGO SALES CORPORATION

295375.1 26439.2