UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION
AT CINCINNATI

| | |
|---|---|
| **LYNNE M. NILL, et ux.,** : | |
| : | **Case No. C-1-01-755** |
| **Plaintiffs,** : | |
| : | **[Beckwith, J.; Hogan, M.J.]** |
| : | |
| vs. : | **NOTICE OF COMPLIANCE** |
| : | **WITH RULE 26** |
| **PERRIGO SALES CORPORATION,** : | |
| **et al.,** : | |
| : | |
| **Defendants.** : | |

The parties, by counsel, hereby advise the Court that they have exchanged primary expert reports pursuant to Rule 26 of the Federal Rules of Civil Procedure. The parties confirm that the experts disclosed to date will testify at trial in a manner consistent with their reports. However, Magistrate Judge Hogan recently entered an Order extending the deadline for the parties to exchange reports of rebuttal expert witnesses to February 2, 2005. Given the extension of the deadline, the parties jointly will submit another Notice of Compliance with Rule 26 no later than February 18, 2005.

Respectfully submitted,

/s/ Calvin S. Tregre, Jr.
Janet G. Abaray (0002943)
Beverly H. Pace (0037534)
Calvin S. Tregre, Jr. ((0073454)
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600
fax (513) 852-5611
jabaray@lopez-hodes.com
bpace@lopez-hodes.com
ctregre@lopez-hodes.com
Counsel for PLAINTIFFS

/s/ Denise M. Smith
Denise M. Smith (0067604)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000
fax (513) 698-5968
dsmith@ulmer.com

Craig A. Marvinney (0004951)
ULMER & BERNE LLP
1300 East Ninth Street, Suite 900
Cleveland, Ohio 44114-1583
(216) 931-6000
fax (216) 931-6001
cmarvinney@ulmer.com
Counsel for Defendant,
BRISTOL-MEYERS SQUIBB COMPANY

OF COUNSEL:
Wendy A. Tucker
SEDGWICK, DETERT, MORAN & ARNOLD
801 South Figueroa Street – 18th Floor
Los Angeles, CA  90017-5556
(213) 426-6900 (Main)
fax (213) 426-6921
wendy.tucker@sdma.com

Michael F. Healy
SEDGWICK, DETERT, MORAN & ARNOLD
One Embarcadero Center – 16th Floor
San Francisco, CA  94111-3628
(415) 781-7900
fax (415) 781-2635
michael.healy@sdma.com

/s/ James Montgomery
James Montgomery (0018656)
Todd G. Hoffpauir (0064449)
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
(513) 768-5215
fax (513) 241-8775
jmontgomery@mrj.cc
thoffpauir@mrj.cc
Counsel for Defendant,
PERRIGO SALES CORPORATION

297922.1