## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION
## AT CINCINNATI

| | | |
|---|---|---|
| LYNNE M. NILL, et ux., | : | |
| | : | **Case No. C-1-01-755** |
| **Plaintiffs,** | : | |
| | : | **[Beckwith, J.; Hogan, M.J.]** |
| | : | |
| vs. | : | **STIPULATION OF DISMISSAL** |
| | : | **AND ORDER THEREON** |
| **PERRIGO SALES CORPORATION,** | : | |
| et al., | : | |
| | : | |
| **Defendants.** | : | |

The parties hereby advise the Court that they have settled this action and stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(ii). The parties have affixed hereto, an agreed Order for entry by the Court.

Respectfully submitted,


/s/ Calvin S. Tregre, Jr.
Janet G. Abaray (0002943)
Beverly H. Pace (0037534)
Calvin S. Tregre, Jr. ((0073454)
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600
fax (513) 852-5611
jabaray@lopez-hodes.com
bpace@lopez-hodes.com
ctregre@lopez-hodes.com
**Counsel for PLAINTIFFS**


/s/ Denise M. Smith
Denise M. Smith (0067604)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000
fax (513) 698-5968
dsmith@ulmer.com

Craig A. Marvinney (0004951)
ULMER & BERNE LLP
1300 East Ninth Street, Suite 900
Cleveland, Ohio 44114-1583
(216) 931-6000
fax (216) 931-6001
cmarvinney@ulmer.com
**Counsel for Defendant,**
**BRISTOL-MEYERS SQUIBB COMPANY**

/s/ James Montgomery
James Montgomery (0018656)
Todd G. Hoffpauir (0064449)
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
(513) 768-5215
fax (513) 241-8775
jmontgomery@mrj.cc
thoffpauir@mrj.cc
**Counsel for Defendant,**
**PERRIGO SALES CORPORATION**