UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LYNNE M. NILL, et ux.,

    Plaintiffs,

vs.

PERRIGO SALES CORPORATION,
et al.,

    Defendants.

Case No. C-1-01-755

[Beckwith, J.; Hogan, M.J.]

## ORDER

The Court having been advised by the parties that the within action has been settled, and in connection with their Stipulation of Dismissal, Docket Number 43:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire. The Court retains jurisdiction over the agreement utilized to resolve this matter for the purpose of its enforcement.

Date: 1/28/05

Sandra S. Beckwith
United States District Judge